1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  BRIAN C. KINNEY, State Bar No. 245344
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5255
    Fax:  (415) 703-5843
8   Email:  Brian.Kinney@doj.ca.gov

9  Attorneys for Respondent Ben Curry

10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **Darryl Dawson,** | C07-4821 WHA |
| Petitioner, | **REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL** |
| **v.** | |
| **Ben Curry, Warden,** | |
| Respondent. | Judge:  The Honorable William Alsup |

20       <u>**REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**</u>

21        Petitioner Darryl Dawson is a California state inmate proceeding pro se in this habeas

22  corpus action.  Petitioner, who is currently serving an indeterminate sentence for first-degree

23  murder, alleges that the California Board of Parole Hearings unconstitutionally denied him

24  parole in a 2006 parole consideration hearing.  On September 25, 2007, this Court issued an

25  order to show cause.  For the reasons set forth in the accompanying declaration of counsel,

26  Respondent

27  / / /

28  / / /

Req. for Ext. of Time to File a Response; Decl. of Counsel                    Dawson v. Curry
                                                                              C07-4821 WHA

                                      1

1  respectfully requests a thirty-day extension of time, up to and including December 26, 2007, to

2  file a responsive pleading in this matter.

3

4       Dated:  November 26, 2007

5                           Respectfully submitted,

6                           EDMUND G. BROWN JR.
                            Attorney General of the State of California

7                           DANE R. GILLETTE
                            Chief Assistant Attorney General
8
                            JULIE L. GARLAND
9                           Senior Assistant Attorney General

                            ANYA M. BINSACCA
10                          Supervising Deputy Attorney General

11

12

13                          /S/ BRIAN C. KINNEY_____
                            BRIAN C. KINNEY
14                          Deputy Attorney General
                            Attorneys for Respondent
15

16

17  40189818.wpd
    SF2007200806
18

19

20

21

22

23

24

25

26

27

28

Req. for Ext. of Time to File a Response; Decl. of Counsel                    Dawson v. Curry
                                                                              C07-4821 WHA

2

**DECLARATION OF COUNSEL**

I, Brian C. Kinney, declare:

1.   I am an attorney licensed to practice before the courts of the State of California.  I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2.   I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Darryl Dawson.

3.   On September 25, 2007, this Court issued an order to show cause requiring Respondent to file a responsive pleading by November 26, 2007.  This matter was assigned to me on October 11, 2007.

4.   I am requesting an extension of time because I have had twelve other matters due in other courts during this time.

5.   I have not had the time to review all of the documents filed by Mr. Dawson or all of his records from the California Department of Corrections and Rehabilitation.  Therefore, I respectfully request an additional thirty days, up to and including December 26, 2007, to file a responsive pleading in this matter.

6.   Mr. Dawson is representing himself, and, because he is currently incarcerated, he is not easily reachable for notification that I am requesting an extension of time.

7.   This request is not made for any purpose of harassment, undue delay, or for any improper reason.

8.   Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on November 26, 2007, in San Francisco, California.

/S/ BRIAN C. KINNEY
Brian C. Kinney
Deputy Attorney General