1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **Darryl Dawson,** | C07-4821 WHA |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **Ben Curry, Warden,** | |
| Respondent. | |

17   GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time,

18 up to and including December 26, 2007, to file a responsive pleading in this matter.  If Petitioner

19 wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or

20 opposition to a motion within thirty days of service of Respondent's responsive pleading.

21

22 Dated: _____          _____
                                         The Honorable William Alsup

23

24

25

26

27

28

[Proposed] Order                                                        Dawson v. Curry
                                                                      Case No. C07-4821 WHA