FILED
DEC 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Darryl Dawson,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>Ben Curry, Warden,<br><br>　　　　　　　　　　　Respondent. | C07-4821 WHA<br><br>[PROPOSED] ORDER |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including December 26, 2007, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: 12-5-07

_____
The Honorable William Alsup