UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRYL DAWSON,

           Plaintiff,

  v.

BEN CURRY et al,

           Defendant.

                               /

Case Number: CV07-04821 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Dawson
C-30679/ ZW-137L
Soledad Correctional Training Facility
PO Box 689
Soledad, CA 93960-0689

Dated: December 6, 2007

                                 Richard W. Wieking, Clerk
                                 By: D. Toland, Deputy Clerk