# EXHIBIT A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Date: NOVEMBER 24, 1986　　　　　　　　　　T RANDALL
HONORABLE: AURELIO MUNOZ, JUDGE　　　　　B REED, Deputy Clerk
M GONZALEZ, Deputy Sheriff　　　　　　　　　　, Reporter
(Parties and counsel checked if present)

A357550

PEOPLE OF THE STATE OF CALIFORNIA
　　　　　VS
X　DAWSON, DARRYL LEON
　　aka; Dawson, Darryl Leroy

Counsel for Plaintiff  X  C MCKEE, IRA REINER, DISTRICT ATTY. BY DEPUTY

Counsel for Defendant  X  E BROADY, PUBLIC DEFENDER

NATURE OF PROCEEDINGS  PROBATION AND SENTENCE  RE-SENTENCING   (Boxes checked if order applicable)

Pursuant to Remittitur filed September 5 1984, the Court finds the order striking the Special Circumstance allegation in Count X11 is reversed and defendant is before the Court for resentencing on this issue. Defendant's motion to strike the Special Circumstance Pursuant to Section 1385 Penal Code is argued and denied. The Court advised defendant of his appeal rights.

PROBATION DENIED. SENTENCE AS INDICATED BELOW.
Whereas the said defendant having........been.............duly...........found.........................

guilty in this court of the crime of MURDER (Sec 187 PC), as charged in Count 12 of the amended information, which the Jury found to be Murder of the first degree and further find the defendant was armed with a firearm, to wit, a handgun, within the meaning of Penal Code Section 12022(a), at the time of the commission and attempted commission of the offense true; and further find the defendant intentionally aided, abetted, counseled, commanded, induced, solicited, requested or assisted the actual killer in the commission of the Murder, within the meaning of Penal Code Sections 190.2(a)(17) and 190.2(b) true and further find the defendant intentionally aided, abetted, counseled, commanded, induced, solicited, requested or assisted the actual killer in the Murders, within the meaning of Penal Code Section 190.2(a)(3) and 190.2(b) not true; the Court finds the defendant was armed with a firearm, to wit, a handgun, within the meaning of Penal Code Section 12022(a), at the time of the commission and attempted commission of the offense true; Special Circumstance allegation Pursuant to Sections 190.2(a)(17) and 190.2(b) Penal Code having been stricken

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison. **for the term of 38 YEARS TO LIFE.**

☒ Defendant is given credit for......693..............days in custody (includes __231__ days good time/work time).
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution
　　☒ for Men at Chino, California
　　☐ for Women at Frontera, California
　　☐ .................................................................

ENTERED
11-24-86

FRANK S. ZOLIN
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

☐ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

LH

JUDGMENT

2    76J805A (REV. 7-82) 7-82
　　C-109

PINK ORIGINAL TO FILE　　　　YELLOW COPY TO STATEWIDE DISTR
WHITE COPY TO MICROFILM　　GREEN COPY TO PROBATION EXPED

FORM CR 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
BRANCH **CENTRAL CRIMINAL**

COURT ID: 1 9 0 0 0 1

FOR COURT USE ONLY

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **DAWSON, DARRYL LEON**   [X] Present   [ ] Not Present
AKA:

COMMITMENT TO STATE PRISON P.C. § 1170
ABSTRACT OF JUDGMENT   CASE NUMBER: **A357550**

Hearing **04-24-81**   Dept. No. **123**   Judge **JAMES M IDEMAN**   Clerk **W PAUL**
Reporter **J IANNONE**   Counsel for People **R COEN**
Counsel for Defendant **E BROADY, 987.2**   Probation Number or Probation Officer **X863251**

1. Defendant was convicted of the commission of the following crimes:
   [X] Additional counts are listed on attachment 1.a.

| Count | Code | Section No. | Crime | Year Crime Committed | Date of Conviction Mo. Day Yr. | Jury Trial | Court Trial | Plea | Count Stayed PC § 654 | PC § 12022(a)(or b) | PC § 12022.5 | PC § 12022.6(a)(or b) | PC § 12022.7 | PC § 12022 | PC § 12022.5 | PC § 12022.6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | PC | 211 | ROBBERY | 1980 | 02-19-81 | X | | | | | X | | | | | |
| 8 | PC | 211 | " | " | " | X | | | | | X | | | | | |
| 13 | PC | 211 | " | " | " | X | X | | | | X | | | X | | |
| 14 | PC | 211 | " | " | " | X | | | | | X | | | | | |
| 15 | PC | 211 | " | " | " | X | | | | | X | | | | | |

2. A. Number of prior prison terms charged and found: **0** 667.5(c) felonies; **0** other than 667.5(c) felonies.
   B. Punishment for prior prison terms stricken: _____ 667.5(c) felonies; _____ other than 667.5(c) felonies.

3. The crime with the greatest "principal" term of imprisonment (including § 12022-series enhancements) is:
   A. [X] In the present proceeding, Count **7**.   B. [ ] In a prior uncompleted sentence identified on next line.

   DATE OF CONVICTION MO. DAY YEAR

   COUNTY _____ CASE NUMBER _____ COUNT _____ CODE _____ SECTION NUMBER _____ CRIME AND DEGREE _____

4. Defendant is sentenced on the crime with the greatest "principal" term to state prison for the [ ] lower [ ] middle [X] upper base term of **5** years.

5. Unstayed and unstricken enhancements imposed:
   A. [ ] Penal Code § 12022(a)   [ ] Penal Code § 12022(b)   [X] Penal Code § 12022.5   [ ] Penal Code § 12022.7 .... **2** years.
   B. [ ] Penal Code § 12022.6(a)   [ ] Penal Code § 12022.6(b) ............................................. _____ years.
   C. [ ] Penal Code § 667.5(a) ................................................................................ _____ years.
   D. [ ] Penal Code § 667.5(b) ................................................................................ _____ years.
   E. Terms for consecutive sentences:
     (1) [ ] Other convictions in the present case for felonies not listed in § 667.5(c) on counts _____, _____, _____, _____ _____ years.
     (2) [ ] Other convictions in prior uncompleted sentences for felonies not listed in § 667.5(c) _____ years.
     COUNTY _____ CASE NUMBER _____ COUNTS
     (3) [X] Other convictions in the present case for felonies listed in § 667.5(c) on counts **14, 15, 19, 21, 22** **5** years.
     (4) [ ] Other convictions in prior uncompleted sentences for felonies listed in § 667.5(c)
     COUNTY _____ CASE NUMBER _____ COUNTS _____ years.

6. Concurrent Sentences (to be served with sentence on count identified on line 3): **20, 23**
   A. [X] For convictions of the present case, counts **8, 16, 17, 18**,   B. [ ] For convictions of prior uncompleted sentence.

7. Of years imposed above on lines 4 through 5.E.(4), number of years stayed pursuant to California Rules of Court, Rule 447, to comply
   with Penal Code §§ 1170.1(a) [5-year limit] and 1170.1(f) [double-base-term limit] ............................ ( _____ years)

8. The total unstayed prison term imposed by this judgment is ................................................ **12** years.

9. Execution of sentence imposed:   A. [X] at initial sentencing hearing   B. [ ] at resentencing pursuant to decision on appeal
      C. [ ] after revocation of probation   D. [ ] at resentencing pursuant to recall of commitment (P.C. § 1170(d))

10. The court pronounced sentence on **04-27-81**. Defendant is credited for time spent in custody, **0** total days, including:
    Actual Local Time _____ P.C. § 4019(b) credit _____, State Institutions Time _____ (specify dates of admission and release in oral proceedings and minutes).

11. Defendant is remanded to the custody of the Sheriff to be delivered: [ ] forthwith   [ ] after 48 hours, excluding Saturdays, Sundays and Holidays
    into the custody of the Director of Corrections at the Reception-Guidance Center located at: [ ] Calif. Institution for Women — Frontera
    [ ] Calif. Medical Facility — Vacaville   [X] Calif. Institution for Men — Chino   [ ] Other: (specify) _____

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct   By _____
abstract of the judgment made in this action.   DEPUTY
   Date _____

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code § 1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the
Judicial Council of California   **ABSTRACT OF JUDGMENT-COMMITMENT**   Pen C. 667.5, 1170, 1170.1, 1213.5,
Revised Effective January 16, 1979   FORM CR 290   12022, 12022.5, 12022.6, 12022.7.

Pink original - Court File — Yellow copy - Department of Corrections — White copy - Administrative Office of the Courts

FORM CR 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
**BRANCH** CENTRAL CRIMINAL

COURT ID: 1 9 0 0 0 1

FOR COURT USE ONLY

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** DAWSON, DARRYL LEON     ☒ Present   ☐ Not Present
**AKA:**

**COMMITMENT TO STATE PRISON P.C. § 1170**
**ABSTRACT OF JUDGMENT**     CASE NUMBER: A357550

Hearing ___ MO. DAY YR. ___ Dept. No. ___ Judge ___ Clerk ___
Reporter ___ Counsel for People ___
Counsel for Defendant ___ Probation Number or Probation Officer ___

1. Defendant was convicted of the commission of the following crimes:
   ☒ Additional counts are listed on attachment 1 ☒ b

| Count | Code | Section No. | Crime | Year Crime Committed | Date of Conviction Mo. Day Yr. | Jury Trial | Court Trial | Plea | Count Stayed PC § 654 | PC § 12022(a)/(b) | PC § 12022.5 | PC § 12022.6(a)/(b) | PC § 12022.7 | PC § 12022 | PC § 12022.5 | PC § 12022.6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | PC | 211 | ROBBERY | 1980 | 02-19-81 | X | | | | X | | | | | | |
| 17 | PC | 211 | " | " | " | X | | | | X | | | | | | |
| 18 | PC | 211 | " | " | " | X | | | | X | | | | | | |
| 19 | PC | 211 | " | " | " | X | | | | X | | | | | | |
| 20 | PC | 211 | " | " | " | X | | | | X | | | | | | |

2. A. Number of prior prison terms charged and found: ___ 667.5(c) felonies; ___ other than 667.5(c) felonies.
   B. Punishment for prior prison terms stricken: ___ 667.5(c) felonies; ___ other than 667.5(c) felonies.

3. The crime with the greatest "principal" term of imprisonment (including § 12022-series enhancements) is:
   A. ☐ In the present proceeding, Count ___.   B. ☐ In a prior uncompleted sentence identified on next line.

   DATE OF CONVICTION MO. DAY YEAR
   ___ COUNTY ___ CASE NUMBER ___ COUNT ___ CODE ___ SECTION NUMBER ___ CRIME AND DEGREE ___

4. Defendant is sentenced on the crime with the greatest "principal" term to state prison for the ☐ lower ☐ middle ☐ upper base term of ___ years.

5. Unstayed and unstricken enhancements imposed:
   A. ☐ Penal Code § 12022(a)   ☐ Penal Code § 12022(b)   ☐ Penal Code § 12022.5   ☐ Penal Code § 12022.7 .... ___ years.
   B. ☐ Penal Code § 12022.6(a)   ☐ Penal Code § 12022.6(b) .................................. ___ years.
   C. ☐ Penal Code § 667.5(a) .................................................................. ___ years.
   D. ☐ Penal Code § 667.5(b) .................................................................. ___ years.
   E. Terms for consecutive sentences:
      (1) ☐ Other convictions in the present case for felonies not listed in § 667.5(c) on counts ___, ___, ___ ___ years.
      (2) ☐ Other convictions in prior uncompleted sentences for felonies not listed in § 667.5(c)
          ___ COUNTY ___ CASE NUMBER ___ ___ years.
      (3) ☐ Other convictions in the present case for felonies listed in § 667.5(c) on counts ___, ___, ___ ___ years.
      (4) ☐ Other convictions in prior uncompleted sentences for felonies listed in § 667.5(c)
          ___ COUNTY ___ CASE NUMBER ___ COUNTS ___ ___ years.

6. Concurrent Sentences (to be served with sentence on count identified on line 3):
   A. ☐ For convictions of the present case, counts ___, ___.   B. ☐ For convictions of prior uncompleted sentence.

Of years imposed above on lines 4 through 5.E.(4), number of years stayed pursuant to California Rules of Court, Rule 447, to comply
with Penal Code §§ 1170.1(a) [5-year limit] and 1170.1(f) [double-base-term limit] .................. ( ___ years)
The total unstayed prison term imposed by this judgment is ........................... ___ years.
Execution of sentence imposed:  A. ☐ at initial sentencing hearing   B. ☐ at resentencing pursuant to decision on appeal
                                C. ☐ after revocation of probation   D. ☐ at resentencing pursuant to recall of commitment (P.C. § 1170(d))
The court pronounced sentence on ___ MO. DAY YEAR ___. Defendant is credited for time spent in custody, ___ total days, including:
Actual Local Time ___ P.C. § 4019(b) credit ___ State Institutions Time ___ (specify dates of admission and release in oral proceedings and minutes).
Defendant is remanded to the custody of the Sheriff to be delivered:   ☐ forthwith   ☐ after 48 hours, excluding Saturdays, Sundays and Holidays
into the custody of the Director of Corrections at the Reception-Guidance Center located at ___ ☐ Calif. Institution for Women — Frontera
☐ Calif. Medical Facility — Vacaville   ☐ Calif. Institution for Men — Chino   ☐ Other: (specify) ___

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct
abstract of the judgment made in this action.

By ___ DEPUTY
Date ___

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code 1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the
Judicial Council of California
Revised Effective January 16, 1979

**ABSTRACT OF JUDGMENT-COMMITMENT**
FORM CR 290

Pen C. 667.5, 1170, 1170.1, 1213.5,
12022, 12022.5, 12022.6, 12022.7

Pink original - Court File —— Yellow copy - Department of Corrections —— White copy - Administrative Office of the Courts

FORM CR 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
BRANCH **CENTRAL CRIMINAL**

COURT ID: 1 9 0 0 0 1

FOR COURT USE ONLY

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **DAWSON, DARRYL LEON**        [X] Present   [ ] Not Present
AKA:
COMMITMENT TO STATE PRISON P.C. § 1170
ABSTRACT OF JUDGMENT        CASE NUMBER: **A357550**

Hearing ___ MO. DAY YR.   Dept. No. ___   Judge ___   Clerk ___
Reporter ___   Counsel for People ___
Counsel for Defendant ___   Probation Number or Probation Officer ___

1. Defendant was convicted of the commission of the following crimes:
   [ ] Additional counts are listed on attachment 1.a.

| Count | Code | Section No. | Crime | Year Crime Committed | Date of Conviction Mo. Day Yr. | Conviction by: Jury Trial / Court Trial / Plea | Count Stayed PC § 654 | ENHANCEMENTS Charged and Found PC§12022(a)(or b) / PC§12022.5 / PC§12022.6(a)(or b) / PC§12022.7 | Additional term stricken due to circumstances in mitigation PC§12022 / PC§12022.5 / PC§12022.6 / PC§12022.7 |
|---|---|---|---|---|---|---|---|---|---|
| 21 | PC | 211 | ROBBERY | 1980 | 02-19-81 | X (Jury) | | X (12022(a)) | |
| 22 | PC | 211 | " " | " " " | " | X (Jury) | | X (12022(a)) | |
| 23 | PC | 211 | " " | " " " | " | X (Jury) | | X (12022(a)) | |

2. A. Number of prior prison terms charged and found: ___ 667.5(c) felonies; ___ other than 667.5(c) felonies.
   B. Punishment for prior prison terms stricken: ___ 667.5(c) felonies; ___ other than 667.5(c) felonies.
3. The crime with the greatest "principal" term of imprisonment (including § 12022-series enhancements) is:
   A. [ ] In the present proceeding, Count ___.    B. [ ] In a prior uncompleted sentence identified on next line.
   DATE OF CONVICTION MO. DAY YEAR
   COUNTY ___  CASE NUMBER ___  COUNT ___  CODE ___  SECTION NUMBER ___  CRIME AND DEGREE ___
4. Defendant is sentenced on the crime with the greatest "principal" term to state prison for the [ ] lower [ ] middle [ ] upper base term of ___ / ___ years.
5. Unstayed and unstricken enhancements imposed:
   A. [ ] Penal Code § 12022(a)   [ ] Penal Code § 12022(b)   [ ] Penal Code § 12022.5   [ ] Penal Code § 12022.7 .... ___ years.
   B. [ ] Penal Code § 12022.6(a)   [ ] Penal Code § 12022.6(b) .................................... ___ years.
   C. [ ] Penal Code § 667.5(a) ..................................................................................... ___ years.
   D. [ ] Penal Code § 667.5(b) ..................................................................................... ___ years.
   E. Terms for consecutive sentences:
      (1) [ ] Other convictions in the present case for felonies not listed in § 667.5(c) on counts ___, ___, ___. ___/___ years.
      (2) [ ] Other convictions in prior uncompleted sentences for felonies not listed in § 667.5(c)
          COUNTY ___  CASE NUMBER ___  COUNTS ___ ___/___ years.
      (3) [ ] Other convictions in the present case for felonies listed in § 667.5(c) on counts ___, ___, ___. ___/___ years.
      (4) [ ] Other convictions in prior uncompleted sentences for felonies listed in § 667.5(c)
          COUNTY ___  CASE NUMBER ___  COUNTS ___ ___/___ years.
6. Concurrent Sentences (to be served with sentence on count identified on line 3):
   A. [ ] For convictions of the present case, counts ___, ___, ___.    B. [ ] For convictions of prior uncompleted sentence.
7. Of years imposed above on lines 4 through 5.E.(4), number of years stayed pursuant to California Rules of Court, Rule 447, to comply with Penal Code §§ 1170.1(a) [5-year limit] and 1170.1(f) [double-base-term limit] ............ ( ___/___ years)
8. The total unstayed prison term imposed by this judgment is ............................................. ___/___ years.
9. Execution of sentence imposed:   A. [ ] at initial sentencing hearing   B. [X] at resentencing pursuant to decision on appeal
                                    C. [ ] after revocation of probation   D. [ ] at resentencing pursuant to recall of commitment (P.C. § 1170(d))
0. The court pronounced sentence on ___ MO. DAY YEAR. Defendant is credited for time spent in custody, ___ total days, including:
   Actual Local Time ___ P.C. § 4019(b) credit ___, State Institutions Time ___ (specify dates of admission and release in oral proceedings and minutes).
1. Defendant is remanded to the custody of the Sheriff to be delivered:   [ ] forthwith   [ ] after 48 hours, excluding Saturdays, Sundays and Holidays
   into the custody of the Director of Corrections at the Reception-Guidance Center located at   [ ] Calif. Institution for Women — Frontera
   [ ] Calif. Medical Facility — Vacaville   [ ] Calif. Institution for Men — Chino   [ ] Other: (specify) ___

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct
abstract of the judgment made in this action.

By ___ DEPUTY
Date ___

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code § 1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the
Judicial Council of California
Revised Effective January 16, 1979

ABSTRACT OF JUDGMENT-COMMITMENT
FORM CR 290

Pen C. 667.5, 1170, 1170.1, 1213.5,
12022, 12022.5, 12022.6, 12022.7

Pink original - Court File — Yellow copy - Department of Corrections — White copy - Administrative Office of the Courts