# EXHIBIT B

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
(REVISED AUGUST 1998)
PAROLE CONSIDERATION HEARING
APRIL 2003 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
MARCH 21, 2003

This is the fourth psychological evaluation for the Board of Prison Terms on inmate Darryl Dawson, CDC# C-30679. This report is the product of a personal interview, conducted on 03/21/03, as well as a review of his Central file and unit health record. This single contact interview was for the express purpose of preparing this report.

The inmate was informed of the nature and the purpose of the interview, and the lack of confidentiality inherent in the present assessment. He was also informed that a report for the Board of Prison Terms would be prepared. He understood this and agreed to participate.

## PSYCHOSOCIAL ASSESSMENT

**I.    IDENTIFYING INFORMATION:**

Inmate Dawson is a 47-year-old, married, African-American male. His stated religious affiliation is Christian (does not attend services, but reads the Bible, and prays at bedtime). No unusual physical characteristics were noted, and he denied the use of any nicknames or aliases.

**II.   DEVELOPMENTAL HISTORY:**

Inmate Dawson was the third of three children, having two older sisters. He was raised by both parents.

He stated there were no prenatal or perinatal concerns or birth defects. He had no abnormalities of developmental milestones. All speech, language and motor development occurred unremarkably. He denied any history of cruelty to animals, enuresis or acts of arson. He stated he had no significant childhood medical history, and denied a childhood history of physical or sexual abuse as either a perpetrator or a victim.

**III.  EDUCATIONAL HISTORY:**

Inmate Dawson dropped out of high school in the 12th grade to "work and run the streets."

**IV.   FAMILY HISTORY:**

Inmate Dawson was born and raised in Los Angeles. His father works for the Uniroyal Tire Company. He died in January 2002. His mother is still living in the same house, and formerly worked as a presser in a linen supply company. He has frequent contact with his mother, and with one of his sisters.

DAWSON            C-30679            CTF-CENTRAL            03/21/03            gmj

DAWSON, DARRYL
CDC NUMBER: C-30679
BPT PSYCHOLOGICAL EVALUATION
PAGE TWO

When inmate Dawson was 20 years old, his mother sent him to Texas to get him away from peers who had unacceptable conduct, according to her. The inmate commented upon this, and said that he was associating with "the bad elements in the streets."

V. **PSYCHOSEXUAL DEVELOPMENT AND SEXUAL ORIENTATION:**

Inmate Dawson is a heterosexual male. He denied any history of high-risk sexual behavior or sexual aggression, either prior to or since incarceration.

VI. **MARITAL HISTORY:**

Inmate Dawson first married Yvette in the mid-1970s, and they had one son, Terrell, who is now age 28, and a correctional officer at CIM. Since his son is a correctional officer, his contact has been very restricted, but he did talk to him on the phone after his father died.

During his incarceration, he married Dawn from 1990 to 1994, and they had one daughter, Michelle, who is now age ten, with whom he exchanges cards.

Currently, inmate Dawson is married to Janice, in 1995, who was his high school sweetheart.

VII. **MILITARY HISTORY:**

Inmate Dawson was in the National Guard until 1977. He had an honorable discharge, but was frequently AWOL. Asked about this, he said that he had difficulty getting transportation, then agreed that this was a weak excuse.

VIII. **EMPLOYMENT/INCOME HISTORY:**

Inmate Dawson has worked as a gas station attendant, as a security guard, as a waiter, as a janitor, and as a bus boy. The last job he had at the time of his arrest was as a parking lot attendant.

Since his incarceration, he has worked as a clerk at several jobs, then worked in a mattress factory for 12 years. He is currently a press operator in the print shop. He has completed vocational graphics.

IX. **SUBSTANCE ABUSE HISTORY:**

Inmate Dawson smoked marijuana and PCP for several years, until about the age of 20. From the age of 21 on, he used cocaine on and off. He also drank alcohol occasionally. He has been attending Alcoholics Anonymous and Narcotics Anonymous.

DAWSON          C-30679          CTF-CENTRAL          03/21/03          gmj

DAWSON, DARRYL
CDC NUMBER: C-30679
BPT PSYCHOLOGICAL EVALUATION
PAGE THREE

X. **PSYCHIATRIC AND MEDICAL HISTORY:**

Inmate Dawson was a participant in the CCCMS program until 12/20/97. He was depressed at the time, was evaluated as "not a sociopath," and was prescribed Vistaril for sleep. The inmate said about this, "I wasn't seeing my people enough. I was stressed out from moving from cell living to dorm living, where it was very noisy, and I couldn't sleep."

Inmate Dawson's only medical problem is hemorrhoids, for which he takes the following medications: Anusol, another ointment, plus Fibercon. In 09/90, he had a cyst removed from his left wrist. He has had no medical or psychiatric hospitalizations, and has had no serious accidents or head injuries. He has had no history of suicidal ideation or suicide attempts. He has had no seizures or other neurological conditions. He has had no history of disabilities or significant impairments.

XI. **PLANS IF GRANTED RELEASE:**

Should inmate Dawson be given a parole date, he states that he would live with his wife in Los Angeles County, and would work in the print division of the L. A. Times, or he would work in any major mattress factory.

**CLINICAL ASSESSMENT**

XII. **CURRENT MENTAL STATUS/TREATMENT NEEDS:**

Inmate Dawson appears to be his stated age of 47. He was appropriately dressed and groomed. He was coherent, cooperative, calm and alert throughout the interview. His speech was clear and readily understandable. His flow of thought and affect were within the normal range. There were no hallucinations or delusions noted. He was fully oriented. His intellectual functioning was estimated to be within the average range. His attention and concentration were adequate for the purposes of this examination. There was no evidence of a mood or thought disorder. His insight and judgment appeared to be intact. He showed good insight into his commitment offense.

**CURRENT DIAGNOSTIC IMPRESSIONS:**

AXIS I:   Polysubstance Abuse, in institutional remission.
AXIS II:  No Contributory Personality Disorder.
AXIS III: Chronic hemorrhoids.
AXIS IV:  Incarceration.
AXIS V:   GAF = 80.

DAWSON            C-30679            CTF-CENTRAL            03/21/03            gmj

DAWSON, DARRYL
CDC NUMBER: C-30679
BPT PSYCHOLOGICAL EVALUATION
PAGE FOUR

Should this inmate at this time be given a parole or release date, his prognosis for maintaining his present gains in the community is excellent.

XIII. **REVIEW OF LIFE CRIME:**

Inmate Dawson described the circumstances surrounding his commitment offense. He stated that his life was very comfortable at the time, and he had no real need for extra money. He was living with his mother and one of his girlfriends. He had a job as a parking lot attendant, with promise of a promotion coming very soon. He regrets that he did not sign up to enlist in the Army after his National Guard period, and he regrets not marrying his present wife sooner.

Inmate Dawson told of returning to Los Angeles, and meeting an old friend of his (his partner, Kenneth Jordan), who had just been released from prison for armed robbery, and who asked him if he had ever had thoughts of committing a robbery. He said he went along with it out of "curiosity." "My biggest mistake was going along with something when it was wrong." He said that what he did was "from greed, stupidity, and ignorance."

Inmate Dawson explained that he and his partner robbed three places during a two day period: a market, a Jack 'N the Box, and another market. He said his partner told him all he needed to do was show the cashier that he had a weapon, and to take the money. He denies ever pointing his loaded revolver directly at anyone or threatening to shoot unless they gave the money. He explained that, in one store, he did not hear any shots because it was very crowded, and there was music playing. His partner was outside the store, around the corner, and shot the security guard, who was trying to make a phone call at a pay phone. He said he heard later that a security guard was shot to death by his partner.

Inmate Dawson said he never had any intention of harming anyone, and said, "I couldn't see killing anybody, except for my country, or to defend my life---that's how I was raised." The inmate no longer puts most of the blame on his partner for "influencing me too much, or putting to much peer pressure" on him, but said, "I take full responsibility for breaking the law and committing robberies."

XIV. **ASSESSMENT OF DANGEROUSNESS:**

A. This inmate has received only two CDC-115 violations during his entire incarceration of 23 years: one in 10/82 for a physical altercation with a cellmate, and on 01/12/02 for sexual behavior in violation of the rules with a female visitor. Therefore, it is felt that he would pose a less than average risk for violence when compared to this Level II inmate population.

B. If released to the community, his violence potential is estimated to be no higher than the average citizen in the community. This is based on the following considerations:

DAWSON            C-30679            CTF-CENTRAL            03/21/03            gmj

DAWSON, DARRYL
CDC NUMBER: C-30679
BPT PSYCHOLOGICAL EVALUATION
PAGE FIVE

gmj

The lack of arrests for violent behavior prior to his conviction, and his lack of violent behavior since his incarceration (excepting the physical altercation with a cellmate many years ago). Although he was not the shooter in the particular crime for which he was convicted, he was using a loaded weapon to commit robberies, but he did not actually hurt anyone. He accepts full responsibility for his actions, and their consequences. And he is to be commended for improving his understanding by accepting full responsibility, and no longer trying to shift responsibility (to the influence of his crime partner), as he has in past psychological evaluations.

XV. **CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:**

A. This inmate is competent and responsible for his behavior. He has the capacity to abide by institutional standards and has generally done so during his incarceration period.

B. This inmate does not have a mental health disorder which would necessitate treatment, either during his incarceration period or following parole.

C. As this inmate denies having a problem with alcohol or drug abuse, no recommendations are made in this area.


*William Gamard, Ph.D.*
WILLIAM GAMARD, Ph.D.
Staff Psychologist
CORRECTIONAL TRAINING FACILITY, SOLEDAD


*B. Zika, Ph.D.*
B. ZIKA, Ph.D.
Senior Supervising Psychologist
CORRECTIONAL TRAINING FACILITY, SOLEDAD

WG/gmj

D: 03/21/03
T: 03/25/03




DAWSON          C-30679          CTF-CENTRAL          03/21/03          gmj