# EXHIBIT H

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
APRIL 2006 CALENDAR

DAWSON, DARRYL                                                      C30679

I. **COMMITMENT FACTORS:**

    A. **Life Crime:** Murder 1st PC 187, Armed with firearm PC 12022.5 and 12 counts of Robbery PC 211 with Use of Firearm 12022.5 PC, Los Angeles County case number A-357550. Victim: Dwight Cousins, age unknown. Received in CDC on 5/22/81. Sentence: 25 years to life plus one year. MEPD: 5/31/04.

        1. **Summary of Crime:** All relevant documents from the previous hearings including the transcripts have been considered and that information appears valid and the writer has not further information to add.

        2. **Prisoner's Version:** Remains the same as stated in the previous hearing.

        3. **Aggravating/Mitigating Circumstances:**

            a. **Aggravating Factors:** Remains the same as stated in the previous hearing.

            b. **Mitigating Factors:** Remains the same as stated in the previous hearing.

    B. **Multiple Crime(s):** None.

        1. **Summary of Crime:** None.

        2. **Prisoner's Version:** None.

II. **PRECONVICTION FACTORS:**

    A. **Juvenile Record:** Remains the same.

    B. **Adult Convictions and Arrests:** Remains the same.

    C. **Personal Factors:** Remains the same.

DAWSON, DARRYL           C30679              CTF-SOLEDAD              APR/2006

[Stamp: COPY TO INMATE ON March 6, 2006]

III.	**POSTCONVICTION FACTORS:**

    A.	**Special Programming/Accommodations:** None.

    B.	**Custody History:** Documents from the previous hearing have been considered and that information remains valid. During the period of time since the last hearing (10/15/03) Dawson behavior has been positive, in that, he has remained disciplinary free and received exceptional work reports at his assignment as a Lunch Box crew worker.

    C.	**Therapy and Self-Help Activities:** Dawson attends Alcoholics/Narcotics Anonymous meetings.

    D.	**Disciplinary History:** Dawson has received two CDC 115's and one CDC 128A. (See disciplinary sheet for details).

    E.	**Other:** An Initial Parole Hearing was held on 10/15/03. The Board of Prison Terms denied parole for three (3) additional years.
Recommendations:
1. Remain disciplinary free.
2. Upgrade vocationally.
3. Participate in Self-Help.

IV.	**FUTURE PLANS:**

    A.	**Residence:** In an interview for this report, Dawson stated that he had plans to live with his wife, Janice Dawson, who currently resides at 1000 Harbor Heights Dr. #L, in Harbor City, Ca. The telephone number at that address is (310) 635-6307.

    B.	**Employment:** Dawson stated that he will be able to secure employment using skills that he has acquired in the off-set printing and mattress fabrication trades.

    C.	**Assessment:** Dawson's resident and employment plans appear realistic to this writer. Dawson will not be able to secure any firm offers of employment until he can provide the prospective employer with a parole date, and therefore his lack of specific employment offers does not appear to be a issue subject to his control.

V.	**USINS STATUS:** Not applicable.

VI. **SUMMARY:**

A. Prior to release the prisoner could benefit from: remaining disciplinary free, participating in Alcoholics /Narcotics group as available and maintaining current job skills.

B. This report is based upon a personal interview, incidental contact in the housing unit a thorough review of the Central File.

C. Prisoner was afforded an opportunity to examine his Central File. See CDC 128B dated 1/28/06.

D. No accommodation was required per the Armstrong vs. Davis BPH Parole Proceedings Remedial Plan (ARP) for effective communication.

# DISCIPLINARY SHEET

### CDC 128A's:

| | | |
|---|---|---|
| 04/19/85 | SQ | Left Work Assignment without Permission. |

### CDC 115's:

| | | |
|---|---|---|
| 10/21/82 | SQ | Physical altercation with cell mate. |
| 01/12/02 | CTF-CENTRAL | Sexual Behavior with his Visitor. |

DAWSON, DARRYL          C30679                    CTF-SOLEDAD            APR/2006

_____B.J. Crowley_____ 2/10/06
B.J. Crowley, CCI (A)                Date
Correctional Counselor I


_____M. Arfa_____ 2-21-06
M. Arfa,                             Date
Correctional Counselor II


_____J.D. Clancy_____ 2/24/06
J.D. Clancy,                         Date
Facility Captain


_____D.S. Levorse, C&PR_____ 3-3-06
D. S. Levorse,                       Date
Classification and Parole Representative


DAWSON, DARRYL        C30679              CTF-SOLEDAD        APR/2006